# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. MAGDALENO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CATES,<br><br>　　　　　Defendant. | Case No. 1:23-cv-00952-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO STATE A CLAIM<br><br>Doc. 14 |

  Plaintiff Miguel A. Magdaleno is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On October 26, 2023, the assigned magistrate judge screened the first amended complaint and issued findings and recommendations that this action be dismissed for failure to state a cognizable claim upon which relief may be granted. Doc. 14. Those findings and recommendations were served on Plaintiff and contained notice that any objections were to be filed within fourteen days after service. *Id.* Plaintiff did not file objections, and the extended deadline to do so has passed. *See* docket.

  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

1

Accordingly, it is hereby ORDERED:

1. The findings and recommendations issued on October 26, 2023, Doc. 14, are ADOPTED IN FULL.
2. This action is dismissed, without prejudice, for failure to state a cognizable claim upon which relief may be granted.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: April 29, 2024

_____
UNITED STATES DISTRICT JUDGE

2